ALI ABUGHEIDA (STATE BAR NO. 285284)
aabugheida@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorney for Defendant,
AXIOS MEDIA INC.

REUBEN D. NATHAN (STATE BAR NO. 208436)
rnathan@nathanlawpractice.com
NATHAN & ASSOCIATES, APC
2901 W. Coast Hwy., Suite 200
Newport Beach, CAL 92663
Telephone: +949-270-2798

ROSS CORNELL (STATE BAR NO. 210413)
rc@rosscornelllaw.com
LAW OFFICES OF ROSS CORNELL, APC
PO Box 1989, #305
Big Bear Lake, CA 92315
Telephone: +562-612-1708

Attorneys for Plaintiff,
SALEEM ERAKAT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEEM ERAKAT, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AXIOS MEDIA INC., a Delaware corporation,<br><br>Defendant | Case No. 3:26-cv-04288-AGT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Saleem Erakat ("Plaintiff") and Defendant Axios Media Inc., ("Axios") (collectively, "the Parties'), by and through their respective attorneys of record, stipulate and agree as follows:

1.      WHEREAS, on May 8, 2026, Plaintiff filed his Complaint.

2.      WHEREAS, on June 9, 2026, Plaintiff served Axios, making Axios's deadline to respond June 30, 2026.

3.      WHEREAS, the Parties have agreed to extend Axios's deadline to answer or otherwise respond to the Complaint by thirty (30) days, to and including July 30, 2026.

4.      WHEREAS, this stipulation is entered into without waiver of any Parties' rights, claims, or defenses (including jurisdictional challenges).

5.      WHEREAS, this stipulation is made in good faith, and is not intended to unnecessarily delay the litigation. No party will be prejudiced by the grant of this request.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Axios's deadline to respond to the Complaint is extended to July 30, 2026.

Dated: June 23, 2026                              ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Ali Abugheida*
                                                         Ali Abugheida
                                                   Attorneys for Defendant
                                                   AXIOS MEDIA INC.


Dated: June 23, 2026                              NATHAN & ASSOCIATES, APC


By: */s/ Reuben D. Nathan*
                                                      Reuben D. Nathan
                                               Attorneys for Plaintiff Saleem Erakat

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
3:26-CV-04288-AGT

## LOCAL RULE 5.3(h)(3) ATTESTATION

I attest that each of the other Signatories have concurred in the filing of the document.

/s/ *Ali Abugheida*
Ali Abugheida
Attorneys for Defendant
AXIOS MEDIA INC.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the Northern District of California's Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

*/s/ Ali Abugheida*
Ali Abugheida
