Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff SALEEM ERAKAT

[Counsel for Defendant on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEEM ERAKAT, on behalf of himself and all similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>AXIOS MEDIA INC., a Delaware corporation,<br><br>    Defendant. | Case No: 3:26-cv-04288-HSG<br><br>Hon. Haywood S Gilliam, Jr.<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1

STIPULATION FOR DISMISSAL

ALI ABUGHEIDA (STATE BAR NO. 285284)
aabugheida@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorney for Defendant, AXIOS MEDIA INC.

2
STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff SALEEM ERAKAT and Defendant AXIOS MEDIA INC., a Delaware corporation, acting by and through their respective counsel of record, hereby stipulate to dismiss this action with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: July 29, 2026                 **NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Telephone: (562) 612-1708
E-Mail: rc@rosscornelllaw.com

*Attorneys for Plaintiff*

Dated: July 29, 2026                 **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Ali Abugheida*
Ali Abugheida
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
E-Mail: aabugheida@orrick.com

*Attorney for Defendant*

3

STIPULATION FOR DISMISSAL

## <u>SIGNATURE ATTESTATION</u>

In accordance with Local Rule 5-1(i)(3), I, Reuben D. Nathan, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

Dated:  July 29, 2026                    /s/ *Reuben D. Nathan*
                                          Reuben D. Nathan

4

STIPULATION FOR DISMISSAL